IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAVON LOVOWE RAMSEY,** | Case No. 2:24-cv-3682 CSK P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **Z. LUJAN, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983.  On April 4, 2025, both defendants filed a motion to opt out of the referral to the Court's Post-Screening Early ADR ("Alternative Dispute Resolution").  (ECF No. 13.)  After reviewing defendants' motion, and good cause appearing, defendants' motion (ECF No. 13) is granted. Defendants shall file their responsive pleading within thirty days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 13) is granted.
2. The Court's stay of this action (ECF No. 12) is lifted.

///

///

///

3. Within thirty days from the filing of this order, defendants shall file a response to the operative complaint.

Dated: April 7, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/rams3682.opt