IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAVON LOVOWE RAMSEY,** | Case No. 2:24-cv-3682 CSK P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **Z. LUJAN, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action. On April 8, 2025, defendants' motion to opt out of the post screening ADR project was granted, and defendants were ordered to file a responsive pleading within thirty days. (ECF No. 14.) On April 23, 2025, defendants filed a request for first extension of time to file a responsive pleading. (ECF No. 15.) Defendants seek an additional forty days in which to file their responsive pleading. (Id.)

"Miscellaneous administrative matters which require a Court order may be brought to the Court's attention through a motion for administrative relief," including requests to extend a response deadline. E.D. L.R. 233. Pursuant to Local Rule 233(b), oppositions or supporting statements are due within five days after the motion was filed. Id. at (b).

///

///

1

Because plaintiff is a state prisoner, the Court allowed additional time for any response by plaintiff to be filed. As of close of business May 8, 2025, plaintiff had not filed an opposition. The Court finds that defendants have shown good cause for the extension of time.

Good causing appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 15) is granted; and

2. Defendants shall file a responsive pleading on or before **June 17, 2025**.

Dated: May 12, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/rams3682.eot