UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON LOVOWE RAMSEY, | No.  2:24-cv-3682 CSK P |
| Plaintiff, | ORDER |
| v. | |
| Z. LUJAN, et al., | |
| Defendant. | |

Plaintiff appears pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 23, 2025, plaintiff filed a discovery motion seeking video recordings, documents, and personnel records.  (ECF No. 20 at 1-6.)  In addition, plaintiff filed a motion to produce exhibits for trial.  (Id. at 7-8.)  However, none of these motions were signed by plaintiff.  (ECF No. 20 at 1-8.)  As discussed below, plaintiff is provided an opportunity to refile a motion, as appropriate, bearing his signature.

I.    PLAINTIFF'S COMPLAINT

This action proceeds on plaintiff's original complaint in which he alleges that on May 24, 2022, in violation of the Eighth Amendment, defendants Z. Lujan and M. Jimenez used excessive force on plaintiff while he was handcuffed behind his back, including punching him in the face and eyes, resulting in a detached retina and permanent loss of vision in his left eye.  (ECF No. 1 at 3.)

II.     LEGAL STANDARDS

All parties, including those proceeding without counsel, are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a).

III.    DISCUSSION

Generally, the Court is unable to consider a plaintiff's filing as a request for court action unless the plaintiff files a proper motion and signs it. Therefore, the plaintiff is provided an opportunity to re-file an appropriate motion bearing his signature. All filings must bear plaintiff's signature. Failure to comply with this order will result in an order striking the unsigned motions. (ECF No. 20 at 1-8.)   That said, in light of the nature of plaintiff's motions, the Court provides plaintiff with the following information concerning his filings.

A. Discovery

Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

In his first motion, plaintiff also seeks camera footage. (ECF No. 20 at 1-2.) Plaintiff is permitted to seek admission of relevant video footage at trial. However, plaintiff is advised that he must first seek this video footage through discovery propounded to defendant. See Fed. R. Civ. P. 34. If plaintiff can verify the video footage exists, yet is unable to obtain review of the video footage through discovery, he may then seek the Court's assistance in obtaining the footage.

On June 23, 2025, the Court issued the discovery and scheduling order which informed plaintiff that discovery requests shall not be filed with the court except when required by Local Rules 250.1, 250.2, 250.3 and 250.4. (ECF No. 18 at 5.) The parties were "cautioned that filing discovery requests with the court except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that the action be dismissed." (Id.; see also Fed. R. Civ. P. 41(b).) In addition, the parties were advised:

> If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 134, 135, 130, 131, 110, 142, and 230(l) of the Local Rules of Practice for the United States District Court, Eastern District of California; unless otherwise ordered, Local Rule 251 shall not apply. Filing of a discovery motion that does not comply with all applicable rules may result in imposition of sanctions, including but not limited to denial of the motion

(ECF No. 18 at 5.) Plaintiff was required to submit requests for discovery to counsel for defendants, and only file a motion for discovery with the Court if plaintiff was dissatisfied with a particular response. (Id.)

Therefore, plaintiff should not file with the court discovery requests, which must be served on the opposing party, and should not file with the court discovery responses. If plaintiff contemplates re-filing with the Court a request for video footage, this should occur <u>after</u> he has served his discovery request for video footage on the opposing party, plaintiff is dissatisfied with the response, and plaintiff seeks relief from the Court pursuant to the Federal Rules of Civil Procedure.

B. <u>Evidence</u>

Finally, plaintiff filed a motion to produce exhibits for trial. This case has not been set for trial. Moreover, no dispositive motion has yet been filed. Thus, plaintiff shall refrain from filing evidence until it is submitted to support or oppose a dispositive motion. With regard to trial, if this case survives dispositive motions, a pretrial order will issue and provide guidance to the parties as to the submission of evidence for trial. In light of the procedural posture of this case, plaintiff should not renew the motion concerning exhibits for trial because it is premature.

IV. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted twenty-one days from the date of this order in which to re-file his discovery motions, <u>if</u> re-filing the motion with the court would be appropriate. If plaintiff opts to re-file his request for discovery, it must comply with this Court's orders and the Federal Rules of Civil Procedure.

2. Plaintiff is cautioned that further filing of discovery motions or requests, except as

required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

3. If plaintiff does not re-file the motions that do not bear his signature, the Court will strike the motions. Fed. R. Civ. P. 11(a).

Dated: July 31, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/rams3682.r11+