UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON LOVOWE RAMSEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Z. LUJAN, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-3682 CSK P<br><br><br>ORDER |

　　　Plaintiff appears pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 6, 2025, plaintiff filed an opposition to defendants' motion to revoke plaintiff's in forma pauperis status.  (ECF No. 22.)  However, plaintiff's motion was not signed by plaintiff.  (Id.)  As discussed below, plaintiff is provided an opportunity to refile his opposition bearing his signature.

I.　　LEGAL STANDARDS

　　　All parties, including those proceeding without counsel, are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).

II.　　DISCUSSION

　　　The Court is unable to consider plaintiff's opposition unless he re-files an opposition bearing his signature.  Therefore, plaintiff is provided an opportunity to re-file his opposition bearing his signature.  All filings must bear plaintiff's signature.  Failure to comply with this

1

order will result in an order striking the unsigned motions.  (ECF No. 20 at 1-8.)  In addition, if plaintiff fails to file a signed opposition, the Court will consider defendants' motion to revoke plaintiff's in forma pauperis status as an unopposed motion.

III.   CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff is granted twenty-one days from the date of this order in which to re-file his opposition bearing his signature.  Plaintiff is cautioned that if he fails to refile his opposition bearing his signature, the Court will strike his opposition (ECF No. 22).  Fed. R. Civ. P. 11(a).  In addition, if plaintiff fails to file a signed opposition, the Court will consider defendants' motion to revoke plaintiff's in forma pauperis status as an unopposed motion.

2.  The Clerk of the Court is directed to send plaintiff a copy of his August 6, 2025 opposition (ECF No. 22).

Dated:  August 12, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/rams3682.r11.2