UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON LOVOWE RAMSEY,<br><br>        Plaintiff,<br><br>  v.<br><br>Z. LUJAN, et al.,<br><br>        Defendants. | No. 2:24-cv-3682 CSK P<br><br>ORDER |

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On July 23, 2025, and August 21, 2025, plaintiff filed motions for discovery from defendants. (ECF Nos. 20, 24.)

       Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed with the court until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.[1] Plaintiff's motions are denied. (ECF Nos. 20, 24.)

///

---

[1] Plaintiff was provided this information in the Court's Discovery and Scheduling Order, issued June 23, 2025. (ECF No. 18 at 5.)

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (ECF Nos. 20, 24) are denied without prejudice. The documents provided will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery motions or requests, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

Dated: September 4, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/rams3682.411