IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAVON LOVOWE RAMSEY,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**Z. LUJAN, et al.,**<br><br>                              Defendants. | Case No. 2:24-cv-3682 CSK<br><br>~~[PROPOSED]~~ ORDER |

     Plaintiff is proceeding pro se.  On September 4, 2025, defendants moved to stay the case pending resolution of their motion to revoke plaintiff's in forma pauperis status; the motion was based in part on plaintiff's pending motions to compel discovery.  (ECF No. 26.)  On September 5, 2025, the Court denied plaintiff's discovery motions.  (ECF No. 27.)  Having considered defendants' motion, the Court finds a stay of the entire case is not warranted.  Instead, the Court finds good cause to stay discovery and vacate current deadlines.  See Fed. R. Civ. P. 16(b)(4).

     Accordingly, IT IS HEREBY ORDERED that:

     1. Defendants' motion to stay the case (ECF No. 26) is denied without prejudice.

     2. The October 17, 2025 discovery deadline and the January 9, 2026 pretrial motions deadline are vacated.

     3. Discovery is stayed pending further order of the Court.

4. The Court will issue a revised scheduling order, if appropriate, following resolution of the pending motion to revoke plaintiff's in forma pauperis status (ECF No. 19).

Dated:  September 9, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/rams3682.vac