1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAVON LOVOWE RAMSEY,                      No.  2:24-cv-3682-DJC-CSK P

12                  Plaintiff,

13        v.                                   ORDER

14   Z. LUJAN, et al.,

15                  Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking

18   relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On October 21, 2025, the Magistrate Judge filed findings and

21   recommendations herein which were served on all parties and which contained notice

22   to all parties that any objections to the findings and recommendations were to be filed

23   within fourteen days.  Neither party filed objections to the findings and

24   recommendations.

25        The Court presumes that any findings of fact are correct.  *See Orand v. United*

26   *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

27   are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

28   (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and

                                           1

1   recommendations to be supported by the record and by the Magistrate Judge's

2   analysis.

3       Accordingly, IT IS HEREBY ORDERED that:

4       1.  The findings and recommendations (ECF No. 32) are adopted in full;

5       2.  Defendants' motion to revoke plaintiff's in forma pauperis status (ECF No.

6   19) is denied; and

7       3.  This action is referred back to the assigned Magistrate Judge for further

8   proceedings.

9

10       IT IS SO ORDERED.

11   Dated:   **December 5, 2025**

                                          Hon. Daniel J. Calabretta

12                                         UNITED STATES DISTRICT JUDGE

13

14

15   /rams24cv3682.801

16

17

18

19

20

21

22

23

24

25

26

27

28