IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAVON LOVOWE RAMSEY,** | Case No. 2:24-cv-3682 CSK |
| Plaintiff, | |
| v. | ~~**[PROPOSED]**~~ **ORDER** |
| **Z. LUJAN, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se.  On April 16, 2026, defendants filed a request to vacate scheduling deadlines and set this matter for settlement conference.  During a recent Zoom meeting, the parties explored the possibility of resolving this matter, and "plaintiff agreed that a settlement conference was desired" and gave defendants "permission to represent this to the Court."  (ECF No. 36 at 2.)  Defendants' request is granted.  This matter will be set for settlement conference before another U.S. Magistrate Judge.  In addition, the deadlines set in the December 15, 2026 discovery and scheduling order (ECF No. 34) are vacated.  The Court will reset such deadlines, if appropriate, following the settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request (ECF No. 36) is **GRANTED**.

2. This case is referred to Chief Magistrate Judge Carolyn K. Delaney to conduct a settlement conference.  Within fourteen days from the date of this order, counsel for

defendants shall contact Lisa Kennison, Courtroom Deputy for Magistrate Judge Delaney, at lkennison@caed.uscourts.gov to schedule the settlement conference.

3. The April 17, 2026, deadline for completing discovery and the July 10, 2026, deadline for filing motions for summary judgment, set in this Court's December 15, 2025 order (ECF No. 34), are **VACATED**.

Dated:  April 20, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/rams3682.set