IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAVON LOVOWE RAMSEY,**<br>Plaintiff,<br>**v.**<br>**Z. LUJAN, et al.,**<br>Defendants. | Case No. 2:24-cv-3682 CSK P<br>**~~[PROPOSED]~~ ORDER** |

Plaintiff is a state prisoner proceeding pro se. On July 27, 2026, defendants filed an unopposed motion to continue the August 4, 2026 alternative dispute resolution ("ADR") settlement conference set before Magistrate Judge Carolyn K. Delaney. (ECF No. 40.) Good causing appearing, defendants' motion is granted. Within seven days from the date of this order, counsel for defendants shall contact Lisa Kennison, Courtroom Deputy to Judge Delaney, at lkennison@caed.uscourts.gov, to reschedule the ADR settlement conference. The May 29, 2026 writ of habeas corpus ad testificandum is vacated. (ECF No. 39.)

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' unopposed motion (ECF No. 40) is GRANTED.
2. The ADR settlement conference currently scheduled for August 4, 2026, is VACATED.
3. The May 29, 2026 writ of habeas corpus ad testificandum (ECF No. 39) is VACATED.

4. Within seven days from the date of this order, counsel for defendants shall contact Lisa Kennison, Courtroom Deputy for Magistrate Judge Delaney, at lkennison@caed.uscourts.gov to reschedule the ADR settlement conference.

5. The Clerk of the Court is directed to serve a copy of this order on the Court's ADR and Pro Bono Program.

Dated: July 28, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/rams3682.vac.set